| PROB 22 (Rev. 2/88) | | DOCKET NUMBER (Tran. Court) |
|---|---|---|
| **TRANSFER OF JURISDICTION** | FILED<br>CLERK, U.S. DISTRICT COURT<br>12/30/19<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY: aab DEPUTY | 17CR00242-001-JLS |
| | | DOCKET NUMBER (Rec. Court) |
| | | 5:19-cr-00406-JGB |

| NAME AND ADDRESS OF | DISTRICT | DIVISION |
|---|---|---|
| Navarro, Erika<br>Central District of California | Southern California | San Diego |
| | NAME OF SENTENCING JUDGE<br>Janis L. Sammartino<br>U.S. District Judge | |
| | DATES OF supervised release | FROM 05/14/2019   TO 05/13/2022 |

**OFFENSE**

21 U.S.C. §§ 952, 960, Importation of Cocaine, a Class C Felony

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the Supervised Releasee named above be transferred with the records of the Court to the United States District Court for the Central District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

12/10/19
Date

Janis L. Sammartino
U.S. District Judge

*This sentence may be deleted at the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA

IT IS HEREBY ORDERED that jurisdiction over the above-named be accepted and assumed by this Court from and after the entry of this order.

December 30, 2019
Effective Date

Virginia A. Phillips
United States District Judge